(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _MISSOURI_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*KYLE, JOSEPH EDWARD* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*KYLE, ANDREA LYNN* |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>*fka Cast Glance* | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): *2963* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): *8668* |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*1101 E. Sycamore*<br>*Ozark MO  65721* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*1101 E. Sycamore*<br>*Ozark MO  65721* |
| County of Residence or of the Principal Place of Business: *Christian* | County of Residence or of the Principal Place of Business: *Christian* |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor (if different from street address):<br>*SAME* |
| Location of Principal Assets of Business Debtor (If different from street address above): *NOT APPLICABLE* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7  [ ] Chapter 11  [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | [ ] Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [x] Consumer/Non-Business   [ ] Business | [x] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)   —   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *JOSEPH EDWARD KYLE and ANDREA LYNN KYLE* | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ JOSEPH EDWARD KYLE*
Signature of Debtor

X */s/ ANDREA LYNN KYLE*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*9/7/2005*
Date

**Signature of Attorney**

X */s/ Shari K. DeArmon*
Signature of Attorney for Debtor(s)

*Shari K. DeArmon 36321*
Printed Name of Attorney for Debtor(s)

*Groce & DeArmon, PC*
Firm Name

*1705 N. Jefferson*
Address

*Springfield MO  65803*

*(417)862-3706*        *9/7/2005*
Telephone Number        Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Shari K. DeArmon        9/7/2005*
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re *JOSEPH EDWARD KYLE*
   *fka Cast Glance*
    *and*
*ANDREA LYNN KYLE*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Shari K. DeArmon*

## DESIGNATION OF AGENT

COME(S) NOW the Debtor(s) herein, JOSEPH EDWARD KYLE and ANDREA LYNN KYLE and designate(s) the law firm of Groce & DeArmon, PC to act as debtor's agent and attorneys and receive all legal documents in the course of this Chapter 13 Bankruptcy proceeding filed in the United States Bankruptcy Court for the WESTERN District of MISSOURI.

Dated: _____

*/s/ JOSEPH EDWARD KYLE*
*JOSEPH EDWARD KYLE, Debtor*

*/s/ ANDREA LYNN KYLE*
*ANDREA LYNN KYLE, Joint Debtor*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *JOSEPH EDWARD KYLE*  
    *fka Cast Glance*  
    *and*  
    *ANDREA LYNN KYLE*

Case No.  
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Shari K. DeArmon*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *2,540.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . $ *432.50*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *2,107.50*

3. $ *194.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
       *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *9/7/2005*          Respectfully submitted,

X */s/ Shari K. DeArmon*  
Attorney for Petitioner: *Shari K. DeArmon*  
*Groce & DeArmon, PC*  
*1705 N. Jefferson*  
*Springfield MO  65803*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *JOSEPH EDWARD KYLE*  
   *fka Cast Glance*  
   *and*  
   *ANDREA LYNN KYLE*

Case No.  
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Shari K. DeArmon*

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: *9/7/2005*

*/s/ JOSEPH EDWARD KYLE*  
Debtor

*/s/ ANDREA LYNN KYLE*  
Joint Debtor

```
AFLAC
1932 Wynnton Road
Columbus  GA  31999

Alltel
P O  Box 8015
Little Rock  AR  72203-8015

Anderson Financial
P O  Box 3427
Bloomington  IL  61702

Card Processing Center
P O  Box 105635
Atlanta  GA  30348

Centurytel
P O  Box 6000
Marion  LA  71260-6000

Chase Automotive Finance
P O  Box 901008
Fort Worth  TX  76101

Citgo
P O  Box 6003
Hagerstown  MD  21747

Citifinancial
P O  Box 222178
Charlotte  NC  28222

Crites  Richard
Attorney at Law
2045 S  Glenstone
Springfield  MO  65804

Cynthia Hyde
901 St  Louis Street
Suite 500
Sprinfield  MO  65806

DFAS DE/FYDC
6760 E  Irvington
Denver  CO  80279

Discover Financial services
P O  Box 15316
Wilmington  DE  19850
```

```
Fed Ex
P O  Box 94515
Palatine  IL  60094-4515

Fingerhut
16 McLeland Road
St  Cloud  MN  56303

First Select
P O  Box 24206
Louisville  KY  40224-0206

Garcia  Gwendelyn M
13335 W  88th Circle  F
Lenexa  KS  66215-4041

General Counsel's Office
P O  Box 475
Jefferson City  MO  65105-0100

Global Protection & Security
145 Country Side Lane
Ozark  MO  65721

Internal Revenue Service
Collection Division  Stop 530
P O  Box 66778
St  Louis  MO  63166

Jefferson Bank of Missouri
P O  Box 600
Jefferson City  MO  65102

Jefferson Capital
16 McLeland Road
St  Cloud  MN  56303

Lerner
P O  Box 182125
Columbus  OH  43218-2125

Liberty Bank
1414 Primrose Street
Springfield  MO  65804-4290

Metro Credit Union
447 S  Campbell
Springfield  MO  65806
```

```
Missouri Department of Revenue
Taxation and Collection
P O  Box 100 Mail Stop 2002
Jefferson City  MO  65105-0100

Mohela
14528 S  Outer Forty Road
Suite 300
Chesterfield  MO  63017

NCO Financial Systems
P O  Box 41466
Philadelphia  PA  19101-1466

Newport News
P O  Box 9204
Old Bethpage  NY  11804

Office of U S  Attorney
400 E  9th Street  Suite 500
Kansas City  MO  64106-2605

Small Business Administration
501 Lucas Place
323 West 8th Street
Kansas City  MO  64105

St  John's Clinic
620 S  Glenstone Avenue
Springfield  MO  65802

St  John's Hospital
1235 E  Cherokee
Springfield  MO  65804

Swiss Colony
1112 7th Avenue
Monroe  WI   53566

Through the Country Door
1112 7th Avenue
Monroe  WI  53566-1364

Wells Fargo Financial
2724 S  Glenstone
Springfield  MO  65804
```